```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 01642
   COZELL ECHOLS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4596

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/23/2006 and was confirmed 06/12/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/05/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED           5999.00         568.49       2077.53
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED          .00           .00
AMERICA SERVICING COMPAN   CURRENT MORTG        .00            .00           .00
AMERICA SERVICING COMPAN   MORTGAGE ARRE        .00            .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         100.00            .00         10.00
ACL INC                    UNSECURED        NOT FILED          .00           .00
ADVOCATE HEALTH CTR        UNSECURED        NOT FILED          .00           .00
AUNT MARTHA COMMUNITY HE   UNSECURED        NOT FILED          .00           .00
COMCAST                    UNSECURED        NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         602.58            .00         60.26
IDES                       UNSECURED        2154.00            .00        215.40
ECAST SETTLEMENT CORP      UNSECURED         811.44            .00         81.14
VILLAGE OF DOLTON          UNSECURED        NOT FILED          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED        2725.65            .00        272.57
*MACEY & ALEMAN            DEBTOR ATTY      2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                         294.01
DEBTOR REFUND              REFUND                                          775.60

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   6,555.00

PRIORITY                                                   .00
SECURED                                               2,077.53
    INTEREST                                            568.49
UNSECURED                                               639.37
ADMINISTRATIVE                                        2,200.00
TRUSTEE COMPENSATION                                    294.01
DEBTOR REFUND                                           775.60

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 01642 COZELL ECHOLS
```

```
                                    ---------------      ---------------
TOTALS                                   6,555.00             6,555.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```